RE: RICKY STROBLE 1594772
v.
STATE OF TEXAS

WR: 40,953-05
40,93-06

MOTION DISMISSED
DATE: 11-U-15
BY: PC

OCT 23rd 2015

DEAR CLERK

    I ask you to file this motion for Rehearing in the above styled and number Cause of action.

I have one original and one Carbon Copy to which I ask you to time date and stamp and return in the Self adduss stamped envelope Ive provide for your Convance. I Thank you in advance.

    I remain your Humble servant

    Respectful

Ricky Stroble 1594772

French M Robuter Unt

12071 FM 3522

Abilene, Tx 79601

CAUSE WR-40,953-05
WR-40,953-06

40,953-05,06

RICKY LEE STROBLE     §     IN THE
<br>pro-se

V       §     COURT OF CRIMINAL APPEALS

STATE OF TEXAS     §     Austin, TEXAS

---

## MOTION FOR REHEARING

NOW comes RICKY LEE STROBLE pro-se and asks this Honorable Court to HEAR this case(s) and would farther show this Honorable Court the following:

I.

### CASE HISTROY

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 30 2015

Abel Acosta, Clerk

ON Jan 27th 2007 RICKY STROBLE WAS arrested for Possession of Child pornography after which Strobles ex-wife admitted to getting (3) VCR TAPES OUT of STROBLES home while looking for money in his room in his dirty Clothes hamper. STROBLE Asked his LAWyer how could someone take these tapes to the cops and claim they belong to Mr Stroble. Mr Cahill answered "She Acted in GOOD FAITH". STROBLE WAS also asked by arresting

(1)

officers at the scene, "IF I knew why they was their? I stated as in the place report summary", That my Crackhead ex-wife stole some Tapes." All of which is in trial records.

## II FACTS

1. TEXAS Constitution Violation
   a. Texas Code of Criminal Procedure ART. 38.23(a)

   Strickly forbiddes ANY evnadence obtain illegal can NOT BE USED against the accuse, No such thing a "Good Faith".

2. UNITED STATES V. Jacobsen 466 US 109, 104 S.CT 1652, 80 L.Ed. 2d 85 (1984) and Fouth Amendments case, Strickly forbbidden It also

3. THE PRIVATE Search Doctrine Did NOT HELP THE Government in United State V Lichtenberger 2015 WL 2386375 (6Th Ci. MAy 20 2015) Also ruled in falor of the accused.

4. WITHOUT THE CONTRABAND THE STATE HAD NO CASE AS THEIR WAS NO OUTCRY VICTUM.

(2)

## PRAYER

Werefore Stroble Respectfully requests this Honorable Court TO REVIEW THE FACTS, REMAND TO TRIAL COURT for a HEARING.

excuted on this 23rd day of Oct 2015          Respectfully submitted

RICKY STROBLE

I declare under pentaly of prejury the foregoing is true and correct as well as offered in GOOD FAITH.

excuted on this th 23rd day of Oct 2015

RICKY STROBLE 1594772
prouse

French M Robertson Unit
12071 FM 3522
Abilene, Tx 79601

(3)